**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

     DOUGLAS S RIVARA
     STACY A RIVARA
         Debtor(s)

Case No. 07-15829

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/30/2007.

2) The plan was confirmed on 11/28/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 12/18/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 09/16/2009, 10/13/2010, 06/29/2011, 02/29/2012, 07/24/2012, 02/28/2013.

5) The case was completed on 05/10/2013.

6) Number of months from filing to last payment: 68.

7) Number of months case was pending: 74.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $39,702.00.

10) Amount of unsecured claims discharged without payment: $28,975.29.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

## Receipts:

|  |  |  |
|---|---|---|
| Total paid by or on behalf of the debtor | $56,752.82 | |
| Less amount refunded to debtor | $17.82 | |
| **NET RECEIPTS:** | | **$56,735.00** |

## Expenses of Administration:

|  |  |  |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,012.50 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,751.21 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$5,763.71** |

Attorney fees paid and disclosed by debtor:   $487.50

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ANES CONS OF MORRIS | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 1,417.42 | 1,546.98 | 1,546.98 | 1,079.85 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 776.59 | 791.55 | 791.55 | 552.53 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 296.24 | 296.24 | 206.79 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 380.65 | 380.65 | 265.71 | 0.00 |
| ATG CREDIT | Unsecured | 1,064.80 | NA | NA | 0.00 | 0.00 |
| BARONS CREDITORS SERVICE CORP | Unsecured | 585.51 | NA | NA | 0.00 | 0.00 |
| CERTEGY PAYMENT RECOVERY SVC | Unsecured | 349.15 | NA | NA | 0.00 | 0.00 |
| CHECK BROKERAGE CORP | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 125.40 | 125.40 | 125.40 | 87.53 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 941.08 | NA | NA | 0.00 | 0.00 |
| COMMERCIAL CHECK CONTROL | Unsecured | 519.75 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 366.00 | NA | NA | 0.00 | 0.00 |
| CSI | Unsecured | 270.22 | NA | NA | 0.00 | 0.00 |
| DERMATOLOGY LIMITED | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| FIRST STATE BANK OF MENDOTA | Secured | NA | NA | NA | 0.00 | 0.00 |
| GRUNDY COUNTY TREASURER/COL | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| GRUNDY COUNTY TREASURER/COL | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| GRUNDY COUNTY TREASURER/COL | Secured | 5,649.44 | 5,649.44 | 5,649.44 | 5,649.44 | 0.00 |
| GRUNDY COUNTY TREASURER/COL | Secured | 2,950.00 | 2,950.00 | 2,950.00 | 2,950.00 | 0.00 |
| GS SERVICES | Unsecured | 435.45 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | NA | 1,430.60 | 1,430.60 | 1,430.60 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 1,589.36 | 1,589.36 | 1,109.44 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | NA | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 6,000.00 | 529.23 | 529.23 | 529.23 | 0.00 |
| MIDSTATE COLLECTION | Unsecured | 1,256.41 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MINOOKA MEDICAL SRVS | Unsecured | 427.36 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 393.18 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT | Unsecured | 239.57 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,171.40 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 1,086.45 | NA | NA | 0.00 | 0.00 |
| PELLETTIERI & ASSOC | Unsecured | 239.94 | NA | NA | 0.00 | 0.00 |
| PINTAGROUP FINANCIAL SYSTEMS | Unsecured | 438.13 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 9,318.59 | 9,525.74 | 9,525.74 | 6,649.35 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 270.22 | 182.09 | 182.09 | 127.11 | 0.00 |
| PRIMER RECOVERY INC | Unsecured | 351.72 | NA | NA | 0.00 | 0.00 |
| SMW TRADING COMPANY INC | Unsecured | 31,628.63 | 29,837.99 | 29,837.99 | 20,828.11 | 0.00 |
| SOUTHERN CAPITAL ASSOC | Unsecured | 653.04 | NA | NA | 0.00 | 0.00 |
| SPRING VALLEY CITY BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ST FRANCIS MEDICAL | Unsecured | 805.12 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES | Unsecured | 522.43 | NA | NA | 0.00 | 0.00 |
| TARGET NATIONAL BANK | OTHER | NA | NA | NA | 0.00 | 0.00 |
| TD AUTO FINANCE LLC | Secured | 3,734.59 | 3,734.59 | 3,734.59 | 3,734.59 | 111.99 |
| TD BANK USA NA | Unsecured | NA | 8,107.02 | 8,107.02 | 5,659.02 | 0.00 |
| TRI COUNTY ANESTHESIA ASSOC | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $3,734.59 | $3,734.59 | $111.99 |
| All Other Secured | $8,599.44 | $8,599.44 | $0.00 |
| **TOTAL SECURED:** | **$12,334.03** | **$12,334.03** | **$111.99** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $1,959.83 | $1,959.83 | $0.00 |
| **TOTAL PRIORITY:** | **$1,959.83** | **$1,959.83** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$52,383.02** | **$36,565.44** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

| Disbursements: | |
| --- | --- |
| Expenses of Administration | $5,763.71 |
| Disbursements to Creditors | $50,971.29 |
| **TOTAL DISBURSEMENTS** : | **$56,735.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 11/08/2013                    By: /s/ Glenn Stearns
                                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**